■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALTER REED, Appellant. [678 NYS2d 553] —Judgment unanimously affirmed. Memorandum: Defendant's contentions concerning Supreme Court's *Sandoval* ruling are not preserved for our review (*see, People v McAllister,* 245 AD2d 184, *lv denied* 91 NY2d 894; *People v Charlton,* 239 AD2d 104, *lv denied* 90 NY2d 903; *People v Venero,* 211 AD2d 566, *lv denied* 86 NY2d 785), and we decline to exercise our power to review them as a matter of discretion in the interest of justice (*see,* CPL 470.15 [6] [a]). (Appeal from Judgment of Supreme Court, Monroe County, Galloway, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Denman, P. J., Pine, Wisner, Balio and Fallon, JJ.